**United States Bankruptcy Court**
**Eastern District of Michigan**

In re:
Michael & Sylvonna Reed,             Case No. 10-62853-SWR
                                         Honorable Steven W. Rhodes
                                         Chapter 13
             **Debtor.**
_____/

## ORDER CONFIRMING PLAN

       The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

       Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

       IT IS FURTHER ORDERED that the claim of
attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       IT IS FURTHER ORDERED as follows:

       X   Effective October 6, 2010 the Debtor's Chapter 13 plan payment shall be $217.69 bi-weekly.

       X   Effective February 1, 2012 the Debtor's Chapter 13 plan payment shall be $328.40 bi-weekly.

APPROVED

| | |
|---|---|
| /s/Maria Gotsis | /s/ Melissa D. Francis, Esq |
| KRISPEN S. CARROLL(P49817) | Melissa D. Francis, Esq. (P61495) |
| Chapter 13 Trustee | Marrs & Terry, PLLC |
| 719 Griswold Street | Attorneys for Debtors |
| 1100 Dime Building | 6553 Jackson Rd. |
| Detroit, MI 48226 | Ann Arbor, MI 48103 |
| notice@det13.com | mandtecf@gmail.com |

.

**Signed on October 11, 2010**

                                               **_____/s/ Steven Rhodes_____**
                                                    **Steven Rhodes**
                                           **United States Bankruptcy Judge**